

SO ORDERED,

Judge Neil P. Olack
United States Bankruptcy Judge
Date Signed: April 26, 2018

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RX PRO OF MISSISSIPPI, INC. | ) | CASE NO. 16-00288-NPO |
| | ) | |
| OPUS RX, LLC | ) | 16-00291-NPO |
| | ) | |
| ESTONNA MANAGEMENT, LLC | ) | 16-00292-NPO |
| | ) | |
| RX PRO PHARMACY & COMPOUNDING, INC. | ) | 16-00294-NPO |
| | ) | |
| CARE RX PHARMACY GROUP, LLC | ) | 16-00295-NPO |
| | ) | |
| OPUS MANAGEMENT GROUP JACKSON, LLC | ) | 16-00297-NPO |
| | ) | |
| | ) | CHAPTER 11 |
| | ) | |
| | ) | DEBTOR(S) |

### ORDER

ON AUGUST 24, 2018, THIS CAUSE came on for hearing on the United States Trustee for Region 5's ("UST") Motion to Convert Case to Chapter 7 (DKT. #1089); the Response filed by Disbursing Agent Jack West (DKT. #1108); the Response filed by Dr. John Adams (DKT. #1110); and the Response filed by Mitchell Chad Barrett, Jonnita Barrett, and Farm007 Holdings,



EXHIBIT 1

LLC (the "Barrett Entities," DKT. #1111). Also, this day this cause came on for hearing on the Motion for Status Conference filed by Opus Management Group Jackson, LLC, in its capacity as Disbursing Agent for these related Debtors (DKT. #1060). Christopher J. Steiskal, Sr., and Ronald H. McAlpin represented the UST; J. Walter Newman, IV, represented Mr. West; Kristina M. Johnson and Robert T. Higginbotham, Jr., represented Dr. John Adams; and John D. Moore represented the Barrett Entities. The Court also heard argument from Stephen W. Rosenblatt, counsel for the pre-confirmation Debtors.

The Court heard testimony from William J. Little, Jr., former counsel to the Disbursing Agent, and from Jack West, Disbursing Agent for the Debtors. After hearing testimony and arguments from all parties, and after fully reviewing the matter, based on the bench ruling stated on the record at the hearing, the Court finds that the motion should be granted; therefore,

**IT IS ORDERED** that the UST's Motion to Convert Case to Chapter 7 (DKT. #1089) is hereby granted.

**IT IS FURTHER ORDERED** that the bankruptcy case *In re Opus Management Group Jackson, LLC*, is hereby converted to a chapter 7 proceeding.

**IT IS FURTHER ORDERED** that the Disbursing Agent's Motion for Status Conference (DKT. #1060) is hereby resolved by the conversion of these related cases to chapter 7 proceedings.

**IT IS FURTHER ORDERED** that the Court's "Order Granting Motion for Joint Administration (DKT. #114)" is hereby rescinded so that these cases are no longer jointly administered, and each case shall be administered separately as a chapter 7 case.

##END OF ORDER##

**ORDER SUBMITTED BY:**
*/s/Christopher J. Steiskal, Sr.*
CHRISTOPHER J. STEISKAL, SR. (MSB #101654)
TRIAL ATTORNEY

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE, REGION 5
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI 39201
TEL: (601) 965-5241
FAX: (601) 965-5226
EMAIL: christopher.j.steiskal@usdoj.gov